WILBORN LAW OFFICE, P.C.
TIM WILBORN, Attorney at Law — OSB # 944644
tim@wilbornlaw.com
P.O. Box 370578
Las Vegas, NV 89137
Voice: (702) 240-0184; Fax: (503) 926-9133
  Attorney for Plaintiff

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

**REBEKKAH THORPE**,                                                 Case No. 6:16-cv-01338-SB

      Plaintiff,

vs.                                                                              ORDER

**COMMISSIONER of Social Security**,

      Defendant.

Attorneys' fees in the amount of $7,038.00 are hereby awarded to Attorney Tim Wilborn pursuant to 42 U.S.C. § 406(b). Previously, this court awarded fees pursuant to the Equal Access To Justice Act (EAJA), 28 U.S.C. § 2412. When issuing the § 406(b) check, the agency is directed to subtract the amount of the EAJA fee previously received by the attorney and to send to Plaintiff's attorney, Tim Wilborn, at the address above, no more than the balance of **$1,064.92**, minus any user fee. If twenty-five percent of past-due benefits (the amount the agency is required to withhold for direct payment of attorneys' fees) is insufficient to cover all fees awarded at the administrative and court levels, Attorney Wilborn must recover the difference from the claimant.

DATED this  19   day of      October     , 2018.

_Stacie F. Beckerman_
_____
Stacie F. Beckerman
U.S. Magistrate Judge

Presented by:
s/ Tim Wilborn, OSB # 944644
(702) 240-0184
  Attorney for Plaintiff

ORDER - Page 1